445 A.2d 237

Post Executive Estate Strawbridge, Appellant v. Haefner et al.

Submitted December 5, 1980. Gordon C. Post, Jr., for appellant in propria persona; John P. Campana, for appellees.

610

Before CERCONE, P. J. and HESTER and WIEAND, JJ.

The order of the lower court is affirmed.